JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 5 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1810      8:06CV631

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT
PROCEDURES ACT (RESPA) LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On January 10, 2007, the Panel transferred eight civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Janis Graham Jack.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Jack.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of January 10, 2007, and, with the consent of that court, assigned to the Honorable Janis Graham Jack.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1810
## IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-2125 | Jennifer Calalang v. MERSCORP Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-2550 | Richard J. Mitcham, et al. v. MERSCORP Inc., et al. |
| **IDAHO** | |
| ID 3 06-418 | Tina L. Kernan v. MERSCORP Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-7676 | Carla Ann Craig v. MERSCORP Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-4478 | Christopher J. Nidelkoff, Sr., et al. v. MERSCORP Inc., et al. |
| **NEBRASKA** | |
| NE 8 06-631 | F. Joseph Vlock, et al. v. MERSCORP Inc., et al. |
| **NEVADA** | |
| NV 3 06-533 | William R. Ginn, et al. v. MERSCORP Inc., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 06-545 | Branden H. Gamble v. MERSCORP Inc, et al. |
| **OREGON** | |
| OR 3 06-1481 | Ken L. Harmon v. Mortgage Electronic Registration Systems, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1113 | Benjamin Groenevelt, et al. v. MERSCORP Inc., et al. |

## INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1810
## IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

Robin E. Brewer
Green & Azevedo
1234 H. Street
Sacramento, CA 95814

Dean C. Eyler
Gray, Plant, Mooty, Mooty & Bennett
80 South Street
Suite 500
Minneapolis, MN 55402

G. Courtney French
Fuston, Petway & French, LLP
3500 Colonnade Parkway, Suite 300
Birmingham, AL 35243

William R. Ginn
Leverty & Associates, Chtd.
832 Willow Street
Reno, NV 89502

Vincent J. Glorioso, III
Glorioso Law Firm
815 Baronne Street
New Orleans, LA 70113

Gregory N. McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

Michael D. Rawlins
Rooker, Mohrman, Rawlins & Bailey, LLP
2370 Corporate Circle
Suite 190
Henderson, NV 89074

Charles L. Richardson
Richardson, Stoops, Richardson & Ward
6555 South Lewis Avenue
Suite 200
Tulsa, OK 74136-3414

Suzanne Marie Risey
Frilot Partridge
1100 Poydras Street
Suite 3600
New Orleans, LA 70163-3600

John D. Shugrue
Morgan, Lewis & Bockius
77 West Wacker Drive
5th Floor
Chicago, IL 60601

David Smith
Attorney At Law
216 Eufaula Street
Norman, OK 73069

Connie W. Taylor
Clark & Feeney
P.O. Box 285
Lewiston, ID 83501

Jay A. Urban
Urban Taylor & Lee, SC
The Collins Elwell Mansion
1363 N. Prospect Avenue
Milwaukee, WI 53202

Ernest Warren, Jr.
Walker, Warren & Watkins
838 SW First Avenue
Suite 500
Portland, OR 97204

Christopher P. Welsh
Welsh, Welsh Law Firm
2027 Dodge Street
Suite 400
Omaha, NE 68102

## INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1810
## IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

Hon. Lynn S. Adelman
U.S. District Judge
204 U.S. Courthouse & Federal Building
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Kurt D. Engelhardt
U.S. District Judge
C-367 Hale Boggs Federal Building & U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Ancer L. Haggerty
Chief Judge, U.S. District Court
1307 Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue
Portland, OR 97204-2802

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg. & U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Brian E. Sandoval
U.S. District Judge
805 Bruce R. Thompson U.S. Courthouse & Federal Building
400 South Virginia Street
Reno, NV 89501-2193

## INVOLVED CLERKS LIST (CTO-1)
## DOCKET NO. 1810
## IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT
## (RESPA) LITIGATION

Cameron S. Burke, Clerk
Federal Building, #304
220 East 5th Avenue
Moscow, ID 83843

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Donald M. Cinnamond, Clerk
740 Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2902

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Lance S. Wilson, Clerk
Bruce R. Thompson U.S. Courthouse & Federal Building
Suite 301
400 South Virginia Street
Reno, NV 89501

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Building & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202