

United States District Court
Southern District of Texas
FILED

FEB 20 2007

Michael N. Milby, Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 25 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1810        8:06CV631

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On January 10, 2007, the Panel transferred eight civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Janis Graham Jack.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Jack.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of January 10, 2007, and, with the consent of that court, assigned to the Honorable Janis Graham Jack.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

RECEIVED
MAR 2 2007
CLERK
U.S. DISTRICT COURT
OMAHA

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

TRUE COPY I CERTIFY
ATTEST: 2-26-07
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1810
## IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-2125 | Jennifer Calalang v. MERSCORP Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-2550 | Richard J. Mitcham, et al. v. MERSCORP Inc., et al. |
| **IDAHO** | |
| ID 3 06-418 | Tina L. Kernan v. MERSCORP Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-7676 | Carla Ann Craig v. MERSCORP Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-4478 | Christopher J. Nidelkoff, Sr., et al. v. MERSCORP Inc., et al. |
| **NEBRASKA** | |
| NE 8 06-631 | F. Joseph Vlock, et al. v. MERSCORP Inc., et al. |
| **NEVADA** | |
| NV 3 06-533 | William R. Ginn, et al. v. MERSCORP Inc., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 06-545 | Branden H. Gamble v. MERSCORP Inc, et al. |
| **OREGON** | |
| OR 3 06-1481 | Ken L. Harmon v. Mortgage Electronic Registration Systems, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1113 | Benjamin Groenevelt, et al. v. MERSCORP Inc., et al. |